# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 22-cv-03234-REB-SKC

ALVA BARNES,

    Plaintiff,

v.

DILLON COMPANIES, LLC d/b/a KING SOOPERS,

    Defendant.

# ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion To Dismiss With Prejudice** [#41],[1] filed October 11, 2023.  After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#41], filed October 11, 2023, is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all pending motions, including but not limited to **Defendant's Motion In Limine To Exclude Certain Evidence and Testimony Pursuant to Fed. Iv. P. 26** [#38], filed August 28, 2023, are denied as moot;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

4. That all pending deadlines, including the combined Final Pretrial Conference and Trial Preparation Conference scheduled for February 15, 2024, 1at 1:30 p.m., and the trial scheduled to commence on March 4, 2024, are vacated; and

5. That this case is closed.

Dated October 11, 2023, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge